**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES SPROWLS,** | ) NO. EDCV 17-0499-KS |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER AWARDING EQUAL ACCESS TO** |
| | ) **JUSTICE ACT ATTORNEY FEES AND** |
| **NANCY A. BERRYHILL, Acting** | ) **EXPENSES PURSUANT TO 28 U.S.C. §** |
| **Commissioner of Social Security** | ) **2412(d)** |
| **Defendant.** | ) |
| _____ | ) |

Based upon the Stipulation for Award of EAJA Fees pursuant to 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on October 31, 2018, IT IS ORDERED that fees in the amount of $3,900.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: November 1, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1